IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA INC.<br><br>Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-CV-533-ADA |

## NOTICE OF APPEARANCE

Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc. ("Defendants") hereby file this Notice of Appearance and informs the Court that the following attorney has entered this action as counsel for Defendant:

    Tyler T. VanHoutan
    Texas Bar No. 24033290
    MCGUIREWOODS LLP
    600 Travis St., Suite 7500
    Houston, TX 77002
    Telephone: (713) 571-9191
    Facsimile: (713) 571-9652
    tvanhoutan@mcguirewoods.com

In connection with this Notice, Mr. VanHoutan requests that his appearance for Defendants be reflected on the Court's docket and that all future pleadings, Orders, and other papers be served on him.

Dated:  August 10, 2020

Respectfully submitted,

*/s/ Tyler T. VanHoutan*
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
MCGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
Facsimile: (214) 932-6499
jcook@mcguirewoods.com
shasset@mcguirewoods.com

Tyler T. VanHoutan
Texas Bar No. 24033290
**MCGUIREWOODS LLP**
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9652
tvanhoutan@mcguirewoods.com

*Counsel for Defendant Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc.*

### CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on August 10, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system

*/s/ Tyler T. VanHoutan*
Tyler T. VanHoutan