IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | |
| Plaintiff, | C.A. No. 6:20-cv-00533-ADA |
| v. | JURY TRIAL DEMANDED |
| HUAWEI TECHNOLOGIES CO., LTD., AND HUAWEI TECHNOLOGIES USA INC. | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Defendants hereby notify the Court that **G. Blake Thompson** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Huawei Technologies Co., Ltd., and Huawei Technologies USA Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: September 15, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　　*/s/ G. Blake Thompson*
　　　　　　　　　　　　　　　　　　　**G. Blake Thompson**
　　　　　　　　　　　　　　　　　　　State Bar No. 24042033
　　　　　　　　　　　　　　　　　　　blake@themannfirm.com
　　　　　　　　　　　　　　　　　　　**J. Mark Mann**
　　　　　　　　　　　　　　　　　　　State Bar No. 12926150
　　　　　　　　　　　　　　　　　　　mark@themannfirm.com
　　　　　　　　　　　　　　　　　　　**MANN | TINDEL | THOMPSON**
　　　　　　　　　　　　　　　　　　　300 West Main Street
　　　　　　　　　　　　　　　　　　　Henderson, Texas 75652
　　　　　　　　　　　　　　　　　　　(903) 657-8540
　　　　　　　　　　　　　　　　　　　(903) 657-6003 (fax)

　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 15th day of September, 2020.

　　　　　　　　　　　　　　　　　　　*/s/ G. Blake Thompson*
　　　　　　　　　　　　　　　　　　　**G. Blake Thompson**