# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD. and HUAWEI TECHNOLOGIES USA INC., <br><br> Defendants. | CIVIL ACTION NO. 6:20-cv-533-ADA <br> CIVIL ACTION NO. 6:20-cv-534-ADA <br> CIVIL ACTION NO. 6:20-cv-535-ADA <br> CIVIL ACTION NO. 6:20-cv-536-ADA <br> CIVIL ACTION NO. 6:20-cv-537-ADA <br> CIVIL ACTION NO. 6:20-cv-538-ADA <br> CIVIL ACTION NO. 6:20-cv-539-ADA <br> CIVIL ACTION NO. 6:20-cv-540-ADA <br> CIVIL ACTION NO. 6:20-cv-541-ADA <br> CIVIL ACTION NO. 6:20-cv-542-ADA <br> CIVIL ACTION NO. 6:20-cv-543-ADA <br> CIVIL ACTION NO. 6:20-cv-544-ADA <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS

Having considered Plaintiff's motion to dismiss Defendants' Counterclaims and the briefing on the motion, the Court finds the motion should be GRANTED. Defendants' counterclaims for non-infringement and invalidity are HEREBY DISMISSED.