UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC § | |
| § | |
| vs. § | NO:  WA:20-CV-00533-ADA |
| § | |
| HUAWEI TECHNOLOGIES CO., LTD., § | |
| HUAWEI TECHNOLOGIES USA INC., | |
| HUAWEI TECHNOLOGIES USA INC., | |
| HUAWEI TECHNOLOGIES CO., LTD., | |
| WSOU INVESTMENTS LLC | |

**ORDER TIME OF TELEPHONIC SCHEDULING CONFERENCE**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on October 16, 2020  at  01:00 PM .  Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **16th day of October, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE