UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-00533-ADA |
| § | |
| HUAWEI TECHNOLOGIES CO., LTD., § | |
| HUAWEI TECHNOLOGIES USA INC., | |
| HUAWEI TECHNOLOGIES USA INC., | |
| HUAWEI TECHNOLOGIES CO., LTD., | |
| WSOU INVESTMENTS LLC | |

## ORDER SETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MARKMAN HEARING** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Thursday, April 15, 2021 at 09:00 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 26th day of October, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE