IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00533-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00534-ADA** |
| *Plaintiff*, | § | **CIVIL ACTION 6:20-cv-00535-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00536-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00537-ADA** |
| v. | § | **CIVIL ACTION 6:20-cv-00538-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00539-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00540-ADA** |
| **HUAWEI TECHNOLOGIES CO.,** | § | **CIVIL ACTION 6:20-cv-00541-ADA** |
| **LTD. and HUAWEI** | § | **CIVIL ACTION 6:20-cv-00542-ADA** |
| **TECHNOLOGIES USA INC.,** | § | **CIVIL ACTION 6:20-cv-00543-ADA** |
| *Defendants.* | § | **CIVIL ACTION 6:20-cv-00544-ADA** |

**JOINT MOTION TO ENTER SCHEDULING ORDER**

**TO THE HONORABLE COURT:**

Pursuant to the Court's Order to meet and confer in advance of the Rule 16 case management conference and the Court's Order Governing Proceedings ("OGP"), the Parties have conferred on a proposed scheduling order and have exchanged competing scheduling orders. The Parties have reached an agreement concerning the Scheduling Order, which is attached as **Exhibit A**. The Parties respectfully request entry of **Exhibit A** submitted herewith**,** and **Exhibits C** and **D** from Civil Action No. 6:20-cv-0053-ADA, Dkt. No. 29, for all the above-referenced cases.

DATED:  November 4, 2020	Respectfully submitted,

By:  /s/ *James L. Etheridge*
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeff Huang
Etheridge Law Group
2600 E. Southlake Blvd., Suite 120/324
Southlake, Texas 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jeff@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
**Law Firm of Walt, Fair PLLC.**
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*


/s/ *Jason W. Cook*
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
jcook@mcguirewoods.com
shassett@mcguirewoods.com

Tyler T. VanHoutan

Texas Bar No. 24033290
**MCGUIREWOODS LLP**
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
tvanhoutan@mcguirewoods.com

J. Mark Mann
Texas Bar No. 12926150
G. Blake Thompson
Texas Bar No. 24042033
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone: (903) 657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Huawei Device Co. Ltd. (f/k/a Huawei Device (Dongguan) Co.), Huawei Device (Shenzhen) Co., Ltd. (f/k/a Huawei Device Co. Ltd.) and Huawei Device USA*