IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br> v. <br><br> HUAWEI TECHNOLOGIES USA INC.; HUAWEI TECHNOLOGIES CO., LTD., <br> Defendant. | § § § § § § § § § § § | CIVIL ACTION NO.6:20-cv-00533-ADA <br><br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF THE FILING OF A
PETITION FOR INTER-PARTES REVIEW**

Pursuant to the Court's Order Governing Proceeding – Patent Case ("Order Governing Proceeding"), namely General Issue No. 6, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") hereby provides notice that defendant Huawei Technology Co, Ltd. filed a petition requesting inter-partes review of the patent in-suit, U.S. Patent No. 6,882,627, on November 30, 2020. See IPR2021-00222. Based on the file accord date of December 9, 2020, the expected time for an institution decision is June 9, 2021. If instituted, the expected time for a final written decision is June 9, 2022.

Dated: December 14, 2020

Respectfully submitted,

By: /s/ *Ryan S. Loveless*
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeff Huang
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324

Southlake, TX  76092  
Tel.:  (817) 470-7249  
Fax:  (817) 887-5950  
Jim@EtheridgeLaw.com  
Ryan@EtheridgeLaw.com  
Brett@EtheridgeLaw.com  
Travis@EtheridgeLaw.com  
Jeff@EtheridgeLaw.com  

**ATTORNEYS FOR WSOU**

CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this December 14, 2020, with a copy of this document via the Court's ECF system.

*/s/ Ryan S. Loveless*  
Ryan S. Loveless