IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00533-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00534-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00535-ADA |
| | § | CIVIL ACTION 6:20-cv-00536-ADA |
| | § | CIVIL ACTION 6:20-cv-00537-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00538-ADA |
| | § | CIVIL ACTION 6:20-cv-00539-ADA |
| | § | CIVIL ACTION 6:20-cv-00540-ADA |
| HUAWEI TECHNOLOGIES CO., | § | CIVIL ACTION 6:20-cv-00541-ADA |
| LTD. and HUAWEI | § | CIVIL ACTION 6:20-cv-00542-ADA |
| TECHNOLOGIES USA INC., | § | CIVIL ACTION 6:20-cv-00543-ADA |
| *Defendants*. | § | CIVIL ACTION 6:20-cv-00544-ADA |

**WSOU INVESTMENTS, LLC'S NOTICE OF COMPLIANCE REGARDING EXCHANGE OF CLAIM TERMS FOR CONSTRUCTION**

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings entered November 9, 2020, and in accordance with the Court's Scheduling Order, Plaintiff hereby notifies the Court Plaintiff has served its proposed claim terms for construction on Defendants Huawei Technologies Co., LTD and Huawei Technologies USA Inc. via electronic mail on December 21, 2020.

DATED:  December 21, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: */s/ Mark D. Siegmund*_____
　　　　　　　　　　　　　　　　　　　Mark D. Siegmund
　　　　　　　　　　　　　　　　　　　State Bar No. 24117055
　　　　　　　　　　　　　　　　　　　mark@waltfairpllc.com
　　　　　　　　　　　　　　　　　　　**Law Firm of Walt, Fair PLLC.**
　　　　　　　　　　　　　　　　　　　1508 North Valley Mills Drive
　　　　　　　　　　　　　　　　　　　Waco, Texas 76710
　　　　　　　　　　　　　　　　　　　Telephone: (254) 772-6400
　　　　　　　　　　　　　　　　　　　Facsimile: (254) 772-6432

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 21st day of December 2020.

　　　　　　　　　　　　　　　　　　　/s/ *Mark D. Siegmund*
　　　　　　　　　　　　　　　　　　　Mark D. Siegmund