# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00533-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00534-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00535-ADA |
| | § | CIVIL ACTION 6:20-cv-00536-ADA |
| | § | CIVIL ACTION 6:20-cv-00537-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00538-ADA |
| | § | CIVIL ACTION 6:20-cv-00539-ADA |
| | § | CIVIL ACTION 6:20-cv-00540-ADA |
| HUAWEI TECHNOLOGIES CO., | § | CIVIL ACTION 6:20-cv-00541-ADA |
| LTD. and HUAWEI | § | CIVIL ACTION 6:20-cv-00542-ADA |
| TECHNOLOGIES USA INC., | § | CIVIL ACTION 6:20-cv-00543-ADA |
| *Defendants.* | § | CIVIL ACTION 6:20-cv-00544-ADA |

## WSOU INVESTMENTS, LLC'S NOTICE OF COMPLIANCE REGARDING EXCHANGE OF PROPOSED CLAIM CONSTRUCTIONS

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings entered November 9, 2020, and in accordance with the Court's Scheduling Order, Plaintiff hereby notifies the Court Plaintiff has served its proposed claim constructions on Defendants Huawei Technologies Co., LTD and Huawei Technologies USA Inc. via electronic mail on January 8, 2021.

DATED:  January 8, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Mark D. Siegmund*_____
　　　　　　　　　　　　　　　　　　　　Mark D. Siegmund
　　　　　　　　　　　　　　　　　　　　State Bar No. 24117055
　　　　　　　　　　　　　　　　　　　　mark@waltfairpllc.com
　　　　　　　　　　　　　　　　　　　　**Law Firm of Walt, Fair PLLC.**
　　　　　　　　　　　　　　　　　　　　1508 North Valley Mills Drive
　　　　　　　　　　　　　　　　　　　　Waco, Texas 76710
　　　　　　　　　　　　　　　　　　　　Telephone: (254) 772-6400
　　　　　　　　　　　　　　　　　　　　Facsimile: (254) 772-6432

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 8th day of January 2021.

　　　　　　　　　　　　　　　　　　　　/s/ *Mark D. Siegmund*
　　　　　　　　　　　　　　　　　　　　Mark D. Siegmund