IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00533-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00534-ADA** |
| *Plaintiff,* | § | **CIVIL ACTION 6:20-cv-00535-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00536-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00537-ADA** |
| **v.** | § | **CIVIL ACTION 6:20-cv-00538-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00539-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00540-ADA** |
| **HUAWEI TECHNOLOGIES CO.,** | § | **CIVIL ACTION 6:20-cv-00541-ADA** |
| **LTD. and HUAWEI** | § | **CIVIL ACTION 6:20-cv-00542-ADA** |
| **TECHNOLOGIES USA INC.,** | § | **CIVIL ACTION 6:20-cv-00543-ADA** |
| *Defendants.* | § | **CIVIL ACTION 6:20-cv-00544-ADA** |

**WSOU INVESTMENTS, LLC'S NOTICE OF COMPLIANCE REGARDING DISCLOSURE OF EXTRINSIC EVIDENCE**

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings entered November 9, 2020, and in accordance with the Court's Scheduling Order, Plaintiff hereby notifies the Court Plaintiff has disclosed the extrinsic evidence it intends to rely upon concerning claim construction on Defendants Huawei Technologies Co., LTD and Huawei Technologies USA Inc. via electronic mail on January 15, 2021.

DATED:  January 15, 2021		Respectfully submitted,

By: */s/ Mark D. Siegmund*_____
Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
**Law Firm of Walt, Fair PLLC.**
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 15th day of January 2021.

/s/ *Mark D. Siegmund*
Mark D. Siegmund