IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A § <br> BRAZOS LICENSING AND § <br> DEVELOPMENT, § <br>     *Plaintiff*, § <br> v. § <br> § <br> HUAWEI TECHNOLOGIES USA § <br> INC. ET AL., § <br>     *Defendants.* § <br> § | CIVIL ACTION 6:20-cv-00533-00544-ADA |

## NOTICE OF COMPLIANCE

Plaintiff WSOU Investments, LLC d/b/a Brazos License and Development ( "Plaintiff") hereby notifies the Court that Defendants have complied with the Court's January 26, 2021 to limit the claim terms in above cases to the thirty-six (36).[1] Those terms are identified in Exhibit A. For the remainder of the previously disputed terms, Defendants either agrees to Plaintiff's construction or does not contest Plaintiff's construction.

Dated: January 31, 2021

                                        Respectfully submitted,

                                  By:   */s/ Ryan S. Loveless*
                                                James L. Etheridge
                                                Texas Bar No. 24059147
                                                Ryan S. Loveless
                                                Texas Bar No. 24036997
                                                Brett A. Mangrum
                                                Texas Bar No. 24065671
                                                Travis L. Richins
                                                Texas Bar No. 24061296
                                                Jeff Huang
                                                Etheridge Law Group, PLLC

---

[1] Defendants first 28 terms were provided on January 27, 2021. And additional six were provided on January 28, 2021. The final two were respectively provide on January 29 and January 30, 2021.

2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jeff@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this the 31st day of January, 2021.

*/s/ Ryan S. Loveless*
Ryan S. Loveless