# EXHIBIT C

# Litigation Support Experience - Tal Lavian, Ph.D.
https://TelecommNet.com       tlavian@telecommnet.com       (408) 209-9112

|  | Network Communications |
|---|---|
| Law Firm: | **Cozen O'connor** |
| Case Name: | **TCL** Communication Technology Holding |
| Patent No: | US 6,058,304 and US 7,139,591 |
| Service Provided: | IPR declarations, deposition |
| Type of Matter: | Wireless telephony, handheld wireless device architecture |
| Date: | March 2020 |
|  | Network communications |
| Law Firm: | **Oblon (PTAB) and Pepper Hamilton (Federal)** |
| Case Name: | **Polycom**, Inc. v. directPacket Research, Inc. |
| Patent No: | US 7,710,978, US 7,773,588, and US 8,560,828 |
| Service Provided: | Six PTAB IPR declarations, multiple depositions Expert reports for federal court, a deposition |
| Type of Matter: | Firewall and secured multimedia communications |
| Date: | June 2019 |
|  | Wireless Communications |
| Law Firm: | **Knobbe Martens, and ROBIC LLP** |
| Case Name: | Guest Tek v. **Nomadix** - Case No. T-448-17 Federal Court in Canada |
| Patent No: | CA 600,760, CA 2,750,345, CA 2 790 354, and 2 817 932. US8811184, US9154435, US9531640, US9871738 |
| Service Provided: | Investigation, expert reports, testimony in a Canadian Court |
| Type of Matter: | Wireless and communications access control |
| Date: | June 2019 |
|  | Mobile devices |
| Law Firm: | **Klarquist Sparkman LLP** |
| Case Name: | **Microsoft** V. Uniloc USA, IPR |
| Patent No: | US8,724,622 |
| Service Provided: | IPR expert report |
| Type of Matter: | IPR expert report (very similar to Apple, Facebook WhatsApp expert reports) |
| Date: | 2019 |
|  | Network Security, Firewall |
| Law Firm: | **Unified Patents** |
| Case Name: | **Unified Patents v. FireNet Technologies LLC**, IPR |
| Patent No: | US 8,892,600 |
| Service Provided: | IPR expert report |
| Type of Matter: | Access and security of data networking attached devices, Network Firewall, Proxy Server |
| Date: | 2019 |

|  |  |
|---|---|
|  | Network communications |
| Law Firm: | **Novack and Macey LLP** |
| Case Name: | **Guaranteed Rate**, Inc. v. Netrix |
| Patent No: | MPLS and broadband architecture |
| Service Provided: | Expert report, deposition |
| Type of Matter: | MPLS and broadband architectures using Cisco equipment |
| Date: | 2019 |
|  | Network communications |
| Law Firm: | **Gibson, Dunn & Crutcher LLP** |
| Case Name: | Citrix Systems, Inc. v. **Avi Networks**, Inc., No. 17-1843-LPS (D. Delaware) |
| Patent No: | US 9,148,493, US 8,631,120 |
| Service Provided: | Expert declarations for PTAB IPR |
| Type of Matter: | Declaration for Claim construction brief, depositions |
| Date: | 2019 |
|  | Mobile devices |
| Law Firm: | **Erise IP P.A.** |
| Case Name: | **Apple** Inc. v. Voip-Pal.com, Inc.; Inter Partes Review |
| Patent No: | US 9,537,762; US 9,813,330; US 9,826,002; and US 9,948,549 |
| Service Provided: | Expert declarations |
| Type of Matter: | VoIP and network communications |
| Date: | 2019 |
|  | Web Application and Database |
| Law Firm: | **Fish & Richardson P.C.** |
| Case Name: | **Ticket Network, Inc. and Ticket Software LLC** v. CEATS, Inc. |
| Patent No: | US7,548,867, US7,640,178 |
| Service Provided: | IPR Expert reports, deposition |
| Type of Matter: | Web reservation over Internet and Database consistency over multiple reservations instances |
| Date: | 2017-2018 |
|  | Wireless |
| Law Firm: | **The WEBB Law Firm** |
| Case Name: | **Amazon** Inc v. Hera Wireless |
| Patent No: | US7,454,234, US7,369,878, and US7,873,389 |
| Service Provided: | Research, analysis and drafting expert report (not filed) |
| Type of Matter: | Wireless technologies, Wi-Fi 802.11 a/b/n, MIMO |
| Date: | 2018 |
|  | Network communications |
| Law Firm: | **Mei & Mark LLP** ( / Devlin Law Firm LLC) |
| Case Name: | **ATEN** International Co., LTD v. Uniclass Technology Co., LTD |
| Patent No: | US6,957,287, US7,472,217, US7,640,289 and US8,589,141 |

**Litigation Support Experience - Tal Lavian, Ph.D.** 2020   Page 2

| | |
|---|---|
| Service Provided: | Several infringement expert reports. Testified in depositions. Testified in front of a judge and jury. |
| Type of Matter: | Patents related to KVM switch architectures |
| Date: | 2016-2017 |
| | Mobile devices |
| Law Firm: | **Stern Kessler Goldstein Fox** |
| Case Name: | **Apple** V. Uniloc USA, IPR2017-01804 |
| Patent No: | US8,724,622 |
| Service Provided: | IPR expert report |
| Type of Matter: | IPR expert report (the same as for Facebook WhatsApp) |
| Date: | 2017 |
| | TCP/IP, Internet Protocols |
| Law Firm: | **Wolf Greenfield LLP** |
| Case Name: | IPR for **Huawei** and **RPX** |
| Patent No: | US6,738,378 & US6,252,848 |
| Service Provided: | IPR expert report |
| Type of Matter: | Patents in network communications |
| Date: | 2017 |
| | Wireless Mobile Devices |
| Law Firm: | **Finnegan, Henderson, Farabow, Garrett &Dunner, LLP** |
| Case Name: | **LG** and **Huawei** V. Intellectual Venture |
| Patent No: | US8,994,433 |
| Service Provided: | IPR expert report |
| Type of Matter: | IPR expert report (the same as for Facebook WhatsApp) |
| Date: | 2017 |
| | Mobile wireless |
| Law Firm: | **Perkins Coie LLP** |
| Case Name: | **T-Mobile** v. Barkan Wireless Access Technologies L.P. |
| Patent No: | US8,559,369 and US9,042,306 |
| Service Provided: | Expert for T-Mobile in a single IPR for these two patents |
| Type of Matter: | Wi-Fi Tethering in broadband cellular data |
| Date: | 2017 |
| | Mobile wireless, cellular systems |
| Law Firm: | **Cooley, LLP** |
| Case Name: | **Facebook**, Inc., **Instagram** LLC v. Skky, LLC |
| Patent No: | US8,892,465, US9,118,693, US9,124,717, US9,124,718, US9,203,870, US9,203,956, US9,215,310 and US 9,219,810, <br> Further IPRs for Patent Nos. US8,892,465, US9,118,693, US9,124,717 and US9,124,718 |
| Service Provided: | Expert for defendant Facebook, IPR and CBM expert reports, Testified in depositions |
| Type of Matter: | Patents related to cellular systems using OFDM |
| Date: | 2017 |
| | Mobile wireless, Unified Communications |
| Law Firm: | **Cooley, LLP** |

| Case Name: | **Facebook**, **WhatsApp**. V. Uniloc USA, Inc. |
|---|---|
| Patent No: | US8,199,747, US8,995,433, US8,243,723, and US 7,535,890<br>IPR2017-01524, IPR2017-01365, IPR2017-01523 |
| Service Provided: | Expert for defendant Facebook. Wrote IPR expert reports. Testified in depositions. |
| Type of Matter: | Patents related to VoIP, Cellphone Short Messages, Chat app |
| Date: | 2016 |
| | Unified communications |
| Law Firm: | **Akerman LLP** |
| Case Name: | **YMax** Corporation v. Focal IP, LLC |
| Patent No: | US7,764,777, US8,155,298, US8,724,622 and US 8,457,113 |
| Service Provided: | Expert for defendant and IPR petitioner, YMax corp. Wrote three IPR expert reports for the PTAB. Testified in depositions. |
| Type of Matter: | Patents related to telecommunicators architecture, PSTN, and VoIP |
| Date: | 2016 |
| | Mobile devices, wireless network, cellular systems |
| Law Firm: | **Finnegan, Henderson, Farabow, Garrett & Dunner, LLP** |
| Case Name: | **FedEx** (RPX) v. Intellectual Ventures IPR2017-00729, IPR2017-00741<br>Intellectual Ventures II LLC and Callahan Cellular L.L.C. v. **FedEx** Corp. |
| Patent No: | US6,633,900 and US8,494,581 |
| Service Provided: | Wrote two IPR expert reports. Testified in depositions |
| Type of Matter: | Patents related to mobile devices over wireless networks. |
| Date: | 2016 - 2017 |
| | Routing Switching |
| Law Firm: | **Warner Norcross & Judd** |
| Case Name: | Patentmarks Communications, LLC v. Internap Corporation |
| Patent No: | US6,016,307, US6,473,404, US6,144,641, US8,400,926 and US9,036,499 |
| Service Provided: | Expert for the defendant. Wrote a claim construction declaration. |
| Type of Matter: | Patents related to multi-protocol telecommunications routing optimization |
| Date: | 2016 |
| | Mobile wireless (SMS on WhatsApp) |
| Law Firm: | **Cooley, LLP** |
| Case Name: | **Facebook** IPR PTAB v. Windy City |

**Litigation Support Experience - Tal Lavian, Ph.D.** 2020   Page 4

| | |
|---|---|
| Patent No: | US8,458,245, US8,407,356, US8,473,552 and US8,694,657 (IPR2016-01157, IPR2016-01158, IPR2016-01159, IPR2016-01156) |
| Service Provided: | Expert for petitioner Facebook, Inc., wrote a IPR expert report for the PTAB. Testified in depositions. |
| Type of Matter: | Patents related to network communications |
| Date: | 2016 |
| | Network communications |
| Law Firm: | **Winston & Strawn** |
| Case Name: | **RPX** IPR PTAB filing |
| Patent No: | US8,788,090 |
| Service Provided: | Expert for petitioner RPX, wrote an IPR expert report for the PTAB |
| Type of Matter: | Patents related to network communications |
| Date: | 2016 |
| | Network Management |
| Law Firm: | **Cooley, LLP** |
| Case Name: | **ServiceNow**, Inc. v. BMC Software, Inc. |
| Patent No: | USPTO PTAB IPR Cases: IPR2015-01555; IPR2015-01211; IPR2015-01631; IPR2015-01601.  CBM Case CBM2015-00170 ,2:14-CV-00903 US8,646,093; US8,646,093 (CBM as well), US7,617,073; US8,674,992; US6,816,898 |
| Service Provided: | Expert for defendant and IPR petitioner, ServiceNow, Inc., wrote IPR and CBM expert reports for PTAB, wrote expert reports for claim constructions. Testified in depositions. |
| Type of Matter: | Patents related to network management |
| Date: | 2015 |
| | Internet protocols, routing and switching |
| Law Firm: | **Cooley, LLP** |
| Case Name: | **ServiceNow**, Inc. v. Hewlett-Packard Company |
| Patent No: | USPTO PTAB IPR Cases IPR2015-00707; IPR2015-00716; IPR2015-00631; IPR2015-00717; IPR2015-00707. CBM Cases CBM2015-00108; CBM2015-00077 US7,925,981; US7,945,860; US7,392,300; US7,027,411; US7,925,981, US7,945,860 (CBM); US7,925,981 (CBM) |
| Service Provided: | Expert for defendant and IPR petitioner ServiceNow, Inc., wrote IPR and CBM expert reports for the PTAB Cases IPR2015-00631, IPR2015-00717. Testified in depositions. |
| Type of Matter: | Patents related to Web services and Internet technologies |
| Date: | 2015 |
| | Internet Protocols, TCP/IP , Network Management, SNMP |

| Law Firm: | **Holland & Knight, LLP** |
|---|---|
| Case Name: | SNMP Research International, Inc., et al. v. **Avaya**, Inc. |
| Service Provided: | Expert for defendant Avaya, Inc., wrote expert reports. Testified in a deposition. |
| Type of Matter: | Network management for IP-PBX |
| Date: | 2015 |
| | Routing Switching, Internet Protocols |
| Law Firm: | **Perkins Coie, LLP** |
| Case Name: | Qurio Holdings v. **DIRECTV** Case No. 15-cv-01986-HSG (N.D. CA), and 3 IPR petitions IPR2015-02005, IPR2015-02006, IPR2015-02007 |
| Patent No: | US7,787,904, US8,102,863 and US8,879,567 |
| Service Provided: | Expert for defendant and IPR petitioner DIRECTV, wrote three IPR expert reports |
| Type of Matter: | Mobile device control, WAN to wireless LAN gateway, wireless LAN gateway |
| Date: | 2015 |
| | Mobile wireless (handset mobile devices) |
| Law Firm: | **Finnegan, Henderson, Farabow, Garrett & Dunner, LLP** |
| Case Name: | **FedEx** Corporation and FedEx Corporate Services, Inc., Petitioner v. Loramax LLC, Patent Owner |
| Patent No: | US5,689,642 and US5,513,126 |
| Service Provided: | Expert for defendant and IPR petitioner FedEx Corporation, wrote an IPR expert report. (Plaintiff dismissed the case without IPR filed) |
| Type of Matter: | Improving communication between devices or stations |
| Date: | 2015 |
| | Mobile and Wireless, Cellular System, |
| Law Firm: | **McGuire Woods, LLP** |
| Case Name: | Expert for **GT&T** |
| Service Provided: | Expert for a cellular telecommunications company |
| Type of Matter: | Analysis of cellular network and phone systems. |
| Date: | 2015 |
| | Network Security |
| Law Firm: | **Wolf Greenfield, LLP** |
| Case Name: | MD Security Solutions, LLC v. **RPX** |
| Patent No: | US7,864,983 |
| Service Provided: | Expert for IPR petitioner RPX, wrote an IPR expert report |
| Type of Matter: | Network communications for alarm systems |
| Date: | 2015 |
| | Mobile devices |
| Law Firm: | **Simpson Thacher & Bartlett, LLP** |
| Case Name: | IXI Mobile v. Apple Inc. 14-cv-7954 SDNY |
| Patent No: | US7,295,532, US7,426,398, US7,016,648, and US 7,039,033 |

| | |
|---|---|
| Service Provided: | Searched for prior art, prepared invalidity claim charts |
| Type of Matter: | Invalidity claim charts related to iPhone, iPad, and others, Apple's mobile wireless products and technologies |
| Date: | 2015 |
| | Network communications |
| Law Firm: | **Hovey Williams, LLP** |
| Case Name: | USPTO Office Action App. 13/432.775 (**NetAirus**) |
| Patent No: | Patent App. 13/432.775 |
| Service Provided: | Wrote a short declaration for an office action |
| Type of Matter: | Desktop computer configuring the system |
| Date: | 2015 |
| | Routing and switching, TCP/IP, Internet Protocols |
| Law Firm: | **Kirkland & Ellis, LLP** |
| Case Name: | Spherix v. **Cisco Systems** 1:14-cv-393-SLR (D. Del.) |
| Patent No: | US RE40467, US 6,697,325, US 6,578,086, US 6,222,848, US 6,130,877, US 5,970,125, US 6,807,174, US 7,397,763, US 7,664,123, US 7,385,998, US 8,607,323 US 6,879,594, US 6,661, 788, US 6,233,245, US 6,684,241, US 6,661, 788, US 6,879,594 |
| Service Provided: | Searched for prior art, invalidity claim charts, and investigation |
| Type of Matter: | Network communication, routing, and switching technologies |
| Date: | 2014 |
| | Routing switching, network communications, TCP/IP |
| Law Firm: | **Desmarais, LLP** |
| Case Name: | Bockstar Technologies, LLC v. **Cisco Systems**, Inc. Case No. 1: 13-cv-2020-SLR (D. Del.) |
| Patent No: | US 5,732,080, US 6,069,895, US 6,233,245, US 6,636,508, US 6,684,241, US 6,778,653 |
| Service Provided: | Research and analysis of the prior art |
| Type of Matter: | Network communication, routing, and switching technologies |
| Date: | 2014 |
| | Routing switching, Network Communications, Internet Protocols, TCP/IP |
| Law Firm: | **Armstrong Teasdale, LLP** |
| Case Name: | **Cisco Systems**, Inc. - USPTO Inter Partes Review (IPR) (the petition was not filed) |
| Patent No: | US 5,583,862 |
| Service Provided: | Expert for petitioner Cisco Systems, Inc., wrote invalidation expert reports for the USPTO PTAB |
| Type of Matter: | Patent-related to telecommunications, routing and switching technologies |
| Date: | 2014 |

|                   | Network communications                                                                                                                                                                  |
|-------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Law Firm:         | **Fish Richardson, LLP**                                                                                                                                                                |
| Case Name:        | **Mobotix** - Inter Partes Review IPR2015-00093                                                                                                                                         |
| Patent No:        | US 6,975,220                                                                                                                                                                            |
| Service Provided: | Expert for petitioner Mobotix, wrote invalidation expert reports for the USPTO PTAB                                                                                                     |
| Type of Matter:   | USPTO Inter Partes Review (IPR), patent related to network architecture                                                                                                                 |
| Date:             | 2014                                                                                                                                                                                    |
|                   | Routing switching                                                                                                                                                                       |
| Law Firm:         | **Faegre Baker Daniels, LLP**                                                                                                                                                           |
| Case Name:        | Brilliant Optical Solutions, LLC v. Comcast District of Colorado, Case no. 1:13-CV-00886-REB-KMT and USPTO Inter Partes Review (IPR)                                                    |
| Patent No:        | US 5,555,478                                                                                                                                                                            |
| Service Provided: | Expert for defendant and IPR petitioner Comcast, wrote invalidation expert reports for the USPTO PTAB IPR (Plaintiff dismissed the case without IPR filed)                              |
| Type of Matter:   | Patent-related to routers' switching fabric architecture                                                                                                                                |
| Date:             | 2014                                                                                                                                                                                    |
|                   | Routing Switching, Network Communications,                                                                                                                                              |
| Law Firm:         | **Irell & Manella, LLP, CA**                                                                                                                                                            |
| Case Name:        | Brixham Solutions, LTD, vs. **Juniper Networks** 3:13-cv-00616-JCS (N.D. CA) and USPTO IPR 2014-00425 and IPR 2014-00431                                                                |
| Patent No:        | US7,940,652 and US7,535,895                                                                                                                                                             |
| Service Provided: | Wrote two invalidation expert reports for the USPTO PTAB. Testified in depositions.                                                                                                     |
| Type of Matter:   | Expert for defendant and IPR petitioner Juniper Networks, patent related to routers' switching fabric architecture and a patent related to Ethernet pseudo-wire VPN                     |
| Date:             | 2014                                                                                                                                                                                    |
|                   | Mobile Systems, Cellular Networks, an ITC Case                                                                                                                                          |
| Law Firm:         | **McKool Smith (Dallas, TX)**                                                                                                                                                           |
| Case Name:        | **Ericsson** v. Samsung (ITC) ITC Investigation NO. 337-TA-862                                                                                                                          |
| Patent No:        | US6,772,215, US6,519,223                                                                                                                                                                |
| Service Provided: | Wrote several expert reports. Testified in depositions. Testified in the ITC court.                                                                                                     |
| Type of Matter:   | Patent-related to cellular systems, CDMA, GSM, UMTS, LTE, and wireless network communications                                                                                           |
| Date:             | 2013                                                                                                                                                                                    |
|                   | Routing Switching, Network Communications                                                                                                                                               |
| Law Firm:         | **Keker& Van Nest, LLP**                                                                                                                                                                |
| Case Name:        | **Comcast Cable** Communications, LLC et al. v. BT Americas, Inc.                                                                                                                       |

**Litigation Support Experience - Tal Lavian, Ph.D.** 2020   Page 8

|  | 3:12-cv-01712-M (N.D. Tex.) |
|---|---|
| Patent No: | US7,142,508, US5,638,516 |
| Service Provided: | Analysis, claim terms, and Markman claim construction |
| Type of Matter: | MPLS technology |
| Date: | 2013 |
|  | Unified communications, streaming video and VoIP |
| Law Firm: | **Williams, LLP ( KS)** |
| Case Name: | **NetAirus** Systems LLC v. Kappos<br>USPTO 1:12-cv-00709-AJT-JFA, 1:12-cv-01207-AJT-TRJ |
| Patent No: | US5,280,583, US5,589,849, US2005/0110780 A1 |
| Service Provided: | Wrote a declaration regarding claim amendment |
| Type of Matter: | Video conference application program |
| Date: | 2013 |
|  | Wireless Networking |
| Law Firm: | **Slater&Matsil, LLP (Dallas, TX)** |
| Case Name: | e-Watch, Inc. v. Mobotix Corp.<br>USPTO Reexamination |
| Patent No: | US6,970,183 |
| Service Provided: | Expert for petitioner Mobotix Corp.<br>Wrote an invalidity declaration - USPTO IPR2013-00255 |
| Type of Matter: | A wireless monitoring system, wire-line networking |
| Date: | 2013 |
|  | Network Communications |
| Law Firm: | **Nixon Peabody (Chicago, IL)** |
| Case Name: | **Teradici's** - USPTO Re-examination |
| Patent No: | US6,012,101, US5,604,509, US5,577,205 |
| Service Provided: | Wrote an invalidity expert report |
| Type of Matter: | Patents related to network communications remote KVM |
| Date: | 2012 |
|  | Network Communications |
| Law Firm: | **Morgan, Lewis & Bockius, LLP (Irvine, CA)** |
| Case Name: | Wassink v. **ACS** (Affiliated Computer Systems, Inc.)<br>8:11-cv-00554-CJC-MLG (C.D. CA) |
| Service Provided: | Wrote an expert report |
| Service Provided: | Cisco certification of IT personnel |
| Date: | 2012 |
|  | Mobile Wireless |
| Law Firm: | **Kenyon& Kenyon, LLP** |
| Case Name: | HumanEyes Technologies, LTD v. Sony Electronics (ITC)<br>1:12-cv-00398 (D. Del.) |
| Service Provided: | Investigation of patents and related technologies |
| Type of Matter: | Software related to mobile devices including panoramic imaging |
| Date: | 2012 |

|  | Network Communications Protocols |
|---|---|
| Law Firm: | **Skadden, Arps, Slate, Meagher & Flom LLP (New York, NY)** |
| Case Name: | Realtime Data v. **Morgan Stanley** et al 1:11-cv-6696,-6701,-6704 (S.D. N.Y.) |
| Service Provided: | Wrote a rebuttal to an infringement report, was deposed |
| Type of Matter: | Technology related to network communication protocol |
| Date: | 2012 |
|  | Network Security, VPN, SSL |
| Law Firm: | **Finnegan, Henderson, Farabow, Garrett & Dunner, LLP** |
| Case Name: | Maxim Integrated Products, Inc. v. **VanguardBank** and PNC Bank |
| Patent No: | US5,940,510, US5,949,880, US6,105,013, US6,237,095 |
| Service Provided: | Investigation of prior art |
| Type of Matter: | Patents litigation related to virtual private networks (VPN) and secure service layer (SSL) |
| Date: | 2012 |
|  | Mobile wireless, Cellular systems |
| Law Firm: | **Foley & Lardner, LLP** |
| Case Name: | **M2M Solutions**, LLC v. Sierra Wireless, CA No. 12-030-RGA (D. Del.) |
| Patent No: | US7,583.197, US8,094,010 |
| Service Provided: | Investigation of the prior art, claim charts |
| Type of Matter: | Patents related to wireless and mobile devices in cellular systems |
| Date: | 2012 |
|  | e-Commerce, Internet and Web Technologies |
| Law Firm: | **Goldstein & Lipski, PLLC (Houston, TX)** |
| Case Name: | **Site Update Solutions**, LLC v. Accor North America, Inc. et al. 4:11-CV-03306-PJH (N.D. CA), Ipr2016-01235, Cbs Corp., 15-1448, 13-1458, 5:11cv3306 |
| Patent No: | US RE40.683, US 6,253,198 |
| Service Provided: | A declaration |
| Type of Matter: | Patent litigation related to Internet web technologies and e-commerce |
| Date: | 2012 |
|  | Internet and Web Technologies |
| Law Firm: | **Goldstein & Lipski, PLLC (Houston, TX)** |
| Case Name: | **EIT** Holdings LLC V. Netflix and Barnes & Noble Inc. |
| Patent No: | 5:11-CV-02466; 2012 WL 728387, 1:10-CV-01081,2011 WL 7149251,2011 WL 7149248 |
| Service Provided: | Expert report |
| Type of Matter: | Patent-related to Internet and Web technologies |
| Date: | 2012 |
|  | Bandwidth and network access |

**Litigation Support Experience - Tal Lavian, Ph.D.** 2020   Page 10

| | |
|---|---|
| Law Firm: | **Russ, August & Kabat (Los Angeles, CA)** |
| Case Name: | **Proxyconn**, Inc. v. Microsoft et al. 8:11-cv-1681-DOC-AN (C.D. Cal) |
| Patent No: | US6,757,717, US6,370,646 |
| Service Provided: | Investigation of technology, was deposed |
| Type of Matter: | Speed data accessing in communication networks |
| Date: | 2012 |
| | Network communications |
| Law Firm: | **Greenberg Traurig, LLP** |
| Case Name: | Walker Digital v. **Google** 1:11-cv-00318-LPS (D. Del) |
| Patent No: | US5,884,272, US5,884,270, US5,824,082, US 5,136,501, US5,832,497 |
| Service Provided: | Invalidity analysis, investigation of patents and related technologies |
| Type of Matter: | Internet and e-commerce technologies |
| Date: | 2012 |
| | Bandwidth Allocation |
| Law Firm: | **Hosie Rice, LLP (San Francisco, CA)** |
| Case Name: | **BackWeb** v. HP and IBM 4:10-cv-04311-PJH |
| Service Provided: | Investigated patents and related technologies |
| Type of Matter: | Patent litigation related to network communication bandwidth allocation |
| Date: | 2012 |
| | Mobile wireless and SMS, streaming video in Cellular systems |
| Law Firm: | **Hogan Lovells US, LLP** |
| Case Name: | **High Point SARL** v. Sprint Nextel 2:09-CV-2269 (Kansas City, KN) |
| Patent No: | US5,884,272, US5,884,270, US5,824,082, US5,136,501, US5,832,497 |
| Service Provided: | Search for invalidity prior art |
| Type of Matter: | Patents related to mobile wireless and cellular systems |
| Date: | 2011 |
| | Network Communications, Internet Protocol, TCP/IP, SMS, Streaming Video |
| Law Firm: | **Greenberg Traurig, LLP** |
| Case Name: | Emblaze v. **Apple** 1:10-cv-5713 -PKC (S.D.N.Y.) |
| Patent No: | US6,389,473, US5,841,432, US5,751,968, US6,138,147, US5,610,841, US6,397,230, US5,579,239, US5,928,330, US5,987,510, US6,014,694, US6,151,632, US5,864,682, US5,659,539 |
| Service Provided: | Investigation of patents, invalidity analysis |
| Type of Matter: | Computer network protocol for multimedia application |
| Date: | 2011 |
| | Mobile wireless |

| | |
|---|---|
| Law Firm: | **Ropes & Gray, LLP (New York, NY)** |
| Case Name: | **Motorola Mobility**, Inc. v. Microsoft<br>1:10-cv-24063-MORENO (S.D. FL) |
| Patent No: | US7,024,214, US7,493,130, US7,725,584, US6,219,694, US5,406,643, US7,275,116 |
| Service Provided: | Wrote an invalidity expert report, wrote a response to an infringement report. Testified in depositions 7/21/2011 |
| Type of Matter: | Patent litigation related to wireless and mobile devices including smartphones and tablets |
| Date: | 2011 |
| | Network Communications |
| Law Firm: | **Goldstein & Lipski, PLLC (Houston, TX)** |
| Case Name: | **EIT** v. YELP! Inc.<br>3:10-cv-05623-WHA (N.D. CA) |
| Patent No: | US5,828,837, US6,249,868, US6,594,765, US6,081,786, US6,188,988, US7,298,271, USRE40,683, US8,060,504 |
| Service Provided: | Wrote an expert report |
| Type of Matter: | Patent litigation related to Internet and Web technologies |
| Date: | 2011 |
| | Network Communications |
| Law Firm: | **Hosie Rice, LLP (San Francisco, CA)** |
| Case Name: | **Software Research**, Inc. v. HP<br>3:11-cv-1676-JSW (N.D. CA) |
| Patent No: | US7,231,606, US7,757,175 |
| Service Provided: | Wrote a declaration 7/15/2011 |
| Type of Matter: | Patent litigation related to Internet web technologies and e-commerce |
| Date: | 2011 |
| | Network Communications, Unified Communications |
| Law Firm: | **David N. Hoffman (Brooklyn, NY) and S. Robert Diener (Berkeley, CA)** |
| Case Name: | Yipes v. Wyckoff Medical Center<br>AAA No. 74494 Y 00849 10 NOLG |
| Service Provided: | Testified in depositions. Testified in front of an arbitrator |
| Type of Matter: | Network communications infrastructure |
| Date: | 2011 |
| | Network communications protocols, TCP/IP, Internet Protocols |
| Law Firm: | **Silicon Edge Law Group, LLP** |
| Case Name: | HP v. **Alacritech**<br>USPTO Interference No. 105,775 |
| Patent No. | US6,246,683, US6,226,680, US6,697,868 |
| Service Provided: | Wrote an expert report, an expert declaration, a response expert report, a reply expert report. Testified twice in depositions. |
| Type of Matter: | USPTO Interference: |

**Litigation Support Experience - Tal Lavian, Ph.D.** 2020   Page 12

|  | Patents related to network communications protocol |
|---|---|
| Date: | 2011 |
|  | Routing and Switching |
| Law Firm: | **Durie Tangri, LLP (Palo Alto, CA)** |
| Case Name: | Fortinet v. **Palo Alto Networks**<br>5:09-cv-00036-RMW (N.D.CA) |
| Patent No: | US7,519,990, US1,111,111, US7,376,125, US7,177,311, US6,930,978 |
| Service Provided: | Wrote an invalidity expert report. Testified in depositions. |
| Type of Matter: | Patent litigation related to network communications filtering |
| Date: | 2010 |
|  | Data Communications, Routing switching |
| Law Firm: | **Hausfeld, LLP (San Francisco, CA)** |
| Case Name: | **Backweb** Technologies v. Microsoft<br>4:09-cv-01224-CW (N.D.CA) |
| Patent No: | US6,374,289, US6,493,758, US6,539,429, US5,913,040, US6,317,789, US6,539,429, US7,512,943, US7,139,815, US7,216,180, US6,920,110, US7,325,068 |
| Service Provided: | Wrote an expert report |
| Type of Matter: | Patent litigation related to network communication bandwidth allocation |
| Date: | 2010 |
|  | Network Communications, Internet Protocols |
| Law Firm: | **August & Kabat (Los Angeles, CA)** |
| Case Name: | **Linksmart** Wireless v. Cisco Systems, T-Mobile<br>4:09-cv-01224-CW (N.D.CA), 2:08-cv-00385,2:09-cv-00026 |
| Patent No: | US6,779,118 |
| Service Provided: | Wrote an expert report. Testified in a deposition. |
| Type of Matter: | Patent litigation related to network communication dynamically redirecting and filtering Internet traffic |
| Date: | 2010 |
|  | iPhone email system |
| Law Firm: | **Law Offices of Rod Firoozye (Palo Alto, CA)** |
| Case Name: | Zand v. Armin<br>1-09-FL-149015 |
| Service Provided: | Wrote an expert report. Testified in a deposition. Testified in court |
| Type of Matter: | Email origination in iPhone and laptop |
| Date: | 2010 |
|  | Video Teleconferencing, Video streaming |
| Law Firm: | **The Simon Law Firm, P.C. (St. Louis, MO)** |
| Case Name: | **Teleconference** System v. Tandberg<br>3:10-cv-01325-JSW (N.D. CA) |
| Patent No: | US6,980,526 |
| Service Provided: | Investigated patent and related technologies |

**Litigation Support Experience - Tal Lavian, Ph.D.** 2020   Page 13

| Type of Matter: | Network protocols in the teleconference system |
| --- | --- |
| Date: | 2010 |
| | Routing switching |
| Law Firm: | **Finnegan, Henderson, Farabow, Garrett &Dunner, LLP** |
| Case Name: | F5 Networks v. A10 Networks<br>2:10-cv-00654-MJP (W.D. WASH) |
| Patent No: | US7,102,996, US7,395,349, US6,311,278 |
| Service Provided: | Invalidity investigation, a search of prior art |
| Type of Matter: | Patents related to network communications firewall and load balancing |
| Date: | 2010 |
| | Internet Web technologies |
| Law Firm: | **Niro Scavone Haller & Niro** |
| Case Name: | **IP Innovation** v. Google<br>2:07-cv-503-RRR (E.D.TX) |
| Patent No: | US5,276,785, US5,675,819 |
| Service Provided: | Wrote an infringement expert report and a rebuttal expert report |
| Type of Matter: | Patent litigation related to Internet and Web technologies |
| Date: | 2009 |
| | Routing, switching, VoIP and video streaming |
| Law Firm: | **Niro Scavone Haller &Niro** |
| Case Name: | **Trace Wilco**, Inc. v. Cisco<br>5:09-cv-000810-SI |
| Patent No: | US6,158,011, US6,061,796, US7,325,063, US5,796,948 |
| Service Provided: | Investigated patents and related technologies |
| Type of Matter: | Network communications protocols |
| Date: | 2009 |
| | |