**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-533-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-535-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-540-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |

| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § |  |
|---|---|---|
| Plaintiff, | § § § |  |
| v. | § § | NO. 6:20-CV-541-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § § |  |
| Defendants. | § |  |

| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § |  |
|---|---|---|
| Plaintiff, | § § § |  |
| v. | § § | NO. 6:20-CV-542-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § § |  |
| Defendants. | § |  |

| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § |  |
|---|---|---|
| Plaintiff, | § § § |  |
| v. | § § | NO. 6:20-CV-543-ADA |
| HUAWEI INVESTMENT & HOLDING CO., LTD., | § § § § |  |
| Defendants. | § § |  |

## HUAWEI'S NOTICE OF COMPLIANCE REGARDING TECHNOLOGY TUTORIALS

Pursuant to the Version 3.3 of the Court's Order Governing Proceedings and the Court's

Scheduling Order entered November 6, 2020, Defendants' hereby notify the Court that Defendants

have submitted their technical tutorials and Markman briefing to the Court and technical advisor,

Dr. Joshua Yi, via USB drive.  A copy of the technical tutorials have also been provided to counsel

for Plaintiff on April 9, 2021.

Dated:  April 9, 2021                          Respectfully submitted,

                                               */s/ Jason W. Cook*
                                               Jason W. Cook
                                               Texas Bar No. 24028537
                                               Shaun W. Hassett
                                               Texas Bar No. 24074372
                                               **McGuireWoods LLP**
                                               2000 McKinney Avenue, Suite 1400
                                               Dallas, TX 75201
                                               Telephone: (214) 932-6400
                                               jcook@mcguirewoods.com
                                               shassett@mcguirewoods.com

                                               Tyler T. VanHoutan
                                               Texas Bar No. 24033290
                                               **McGuireWoods LLP**
                                               600 Travis St., Suite 7500
                                               Houston, TX 77002
                                               Telephone: (713) 571-9191
                                               tvanhoutan@mcguirewoods.com

                                               J. Mark Mann
                                               Texas Bar No. 12926150
                                               G. Blake Thompson
                                               Texas Bar No. 24042033
                                               **MANN | TINDEL | THOMPSON**
                                               300 West Main Street
                                               Henderson, Texas 75652
                                               Telephone: (903) 657-8540
                                               mark@themannfirm.com
                                               blake@themannfirm.com

                                               *Counsel for Defendants Huawei Technologies
                                               Co., Ltd., Huawei Technologies USA, Inc.,
                                               Huawei Device Co. Ltd. (f/k/a Huawei Device
                                               (Dongguan) Co.), Huawei Device (Shenzhen) Co.,
                                               Ltd. (f/k/a Huawei Device Co. Ltd.) and Huawei
                                               Device USA*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on April 9, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Jason W. Cook*
Jason W. Cook