IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>      Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA INC.<br><br>      Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-CV-533-ADA |

## NOTICE OF APPEARANCE

Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc. ("Defendants") hereby file this Notice of Appearance and informs the Court that the following attorney has entered this action as counsel for Defendants:

Kuan-Chieh Tu
Texas Bar No. 24090443
MCGUIREWOODS LLP
2 Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: (415) 490-0918
Facsimile: (415) 844-1928
gtu@mcguirewoods.com

In connection with this Notice, Ms. Tu requests that her appearance for Defendants be reflected on the Court's docket and that all future pleadings, Orders, and other papers be served on him.

Dated:  April 19, 2021

Respectfully submitted,

*/s/ Kuan-Chieh Tu*
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
Facsimile: (214) 932-6499
jcook@mcguirewoods.com
shasset@mcguirewoods.com

Tyler T. VanHoutan
Texas Bar No. 24033290
**MCGUIREWOODS LLP**
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9652
tvanhoutan@mcguirewoods.com

Justin R. Lowery (pro hac vice)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775.1000
Facsimile: (804) 775.1061
jlowery@mcguirewoods.com

Kuan-Chieh Tu
Texas Bar No. 24090443
**MCGUIREWOODS LLP**
2 Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: (415) 490-0918
Facsimile: (415) 844-1928
gtu@mcguirewoods.com

J. Mark Mann
Texas Bar No. 12926150
G. Blake Thompson
Texas Bar No. 24042033
**MANN | TINDEL | THOMPSON**
300 West Main Street

2

Henderson, Texas 75652
Telephone: (903) 657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Defendants Huawei Technologies Co.,
Ltd. and Huawei Technologies USA Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify

that on April 19, 2021, all counsel of record who have appeared in this case are being served with

a copy of the foregoing via the Court's CM/ECF system

*/s/ Kuan-Chieh Tu*
Kuan-Chieh Tu