# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-533-ADA |
| HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL. | § § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-534-ADA |
| HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL. | § § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-535-ADA |
| HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL. | § § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUAWEI TECHNOLOGIES CO. LTD., ET AL.<br><br>　　　　Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-536-ADA |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUAWEI TECHNOLOGIES CO. LTD., ET AL.<br><br>　　　　Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-537-ADA |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUAWEI TECHNOLOGIES CO. LTD., ET AL.<br><br>　　　　Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-538-ADA |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>       Plaintiff,<br><br>   v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>       Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-539-ADA |
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>       Plaintiff,<br><br>   v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>       Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-540-ADA |
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>       Plaintiff,<br><br>   v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>       Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-541-ADA |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>      Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>      Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-542-ADA |
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>      Plaintiff,<br><br>v.<br><br>HUAWEI INVESTMENT & HOLDING<br>CO., LTD.,<br><br>      Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-543-ADA |
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>      Plaintiff,<br><br>v.<br><br>HUAWEI INVESTMENT & HOLDING<br>CO., LTD.,<br><br>      Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-544-ADA |

## **HUAWEI'S NOTICE OF COMPLIANCE**

Pursuant to the Federal Rule of Civil Procedure 26(a) and the Court's Scheduling Order entered November 9, 2020, Defendants hereby notify the Court that Defendants have disclosed

their Rule 26 Initial Disclosures for the above-referenced cases via electronic mail on April 19, 2021.

Dated:  April 19, 2021

Respectfully submitted,

*/s/ Jason W. Cook*
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
Facsimile: (214) 932-6499
jcook@mcguirewoods.com
shasset@mcguirewoods.com

Tyler T. VanHoutan
Texas Bar No. 24033290
**MCGUIREWOODS LLP**
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9652
tvanhoutan@mcguirewoods.com

Justin R. Lowery (pro hac vice)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775.1000
Facsimile: (804) 775.1061
jlowery@mcguirewoods.com

Kuan-Chieh Tu
Texas Bar No. 24090443
**MCGUIREWOODS LLP**
2 Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: (415) 490-0918
Facsimile: (415) 844-1928
gtu@mcguirewoods.com

J. Mark Mann
Texas Bar No. 12926150
G. Blake Thompson
Texas Bar No. 24042033
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone: (903) 657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc.*

### CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on April 19, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system

/s/ Jason W. Cook
Jason W. Cook