# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-00533-ADA |
| § | |
| HUAWEI TECHNOLOGIES CO., LTD., § | |
| HUAWEI TECHNOLOGIES USA INC., | |
| HUAWEI TECHNOLOGIES USA INC., | |
| HUAWEI TECHNOLOGIES CO., LTD., | |
| WSOU INVESTMENTS LLC | |

## ORDER RESETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING** by zoom on **Thursday, April 22, 2021 at 11:00 AM**.

IT IS SO ORDERED this 21st day of April, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE