# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-CV-533-ADA <br> CIVIL ACTION NO. 6:20-CV-534-ADA <br> CIVIL ACTION NO. 6:20-CV-535-ADA <br> CIVIL ACTION NO. 6:20-CV-536-ADA <br> CIVIL ACTION NO. 6:20-CV-537-ADA <br> CIVIL ACTION NO. 6:20-CV-538-ADA <br> CIVIL ACTION NO. 6:20-CV-540-ADA <br> CIVIL ACTION NO. 6:20-CV-541-ADA <br> CIVIL ACTION NO. 6:20-CV-542-ADA <br> CIVIL ACTION NO. 6:20-CV-543-ADA <br> CIVIL ACTION NO. 6:20-CV-544-ADA |
| *Plaintiff*, | | |
| v. | | |
| HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI TECHNOLOGIES USA INC. | | |
| *Defendants*. | | |

## NOTICE OF APPEARANCE

Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc. ("Defendants") hereby file this Notice of Appearance and inform the Court that the following attorney has entered this action as counsel for Defendant:

Eric S. Schlichter
Texas Bar No. 24007994
MCGUIREWOODS LLP
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9652
eschlichter@mcguirewoods.com

In connection with this Notice, Mr. Schlichter requests that his appearance for Defendants be reflected on the Court's docket and that all future pleadings, Orders, and other papers be served on him.

Dated: August 25, 2021

Respectfully submitted,

*/s/ Eric S. Schlichter*
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
Matthew W. Cornelia
Texas Bar No. 24097534
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
Facsimile: (214) 932-6499
jcook@mcguirewoods.com
shasset@mcguirewoods.com
mcornelia@mcguirewoods.com

Tyler T. VanHoutan
Texas Bar No. 24033290
Eric S. Schlichter
Texas Bar No. 24007994
**MCGUIREWOODS LLP**
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9652
tvanhoutan@mcguirewoods.com
eschlichter@mcguirewoods.com

Justin R. Lowery (*pro hac vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 698-2016
jlowery@mcguirewoods.com

Kuan-Chieh Tu
Texas Bar No. 24090443
**MCGUIREWOODS LLP**
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: (415) 844-9944
Facsimile: (415) 844-9922
gtu@mcguirewoods.com

J. Mark Mann
Texas Bar No. 12926150
G. Blake Thompson
Texas Bar No. 24042033
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 76562
Telephone: (903) 657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on August 25, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system

/s/ Eric S. Schlichter
Eric S. Schlichter