IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |  |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** *Plaintiff,* v. **HUAWEI TECHNOLOGIES CO. LTD., ET AL.,** *Defendants.* | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION 6:20-cv-00533-ADA CIVIL ACTION 6:20-cv-00534-ADA CIVIL ACTION 6:20-cv-00535-ADA CIVIL ACTION 6:20-cv-00536-ADA CIVIL ACTION 6:20-cv-00537-ADA CIVIL ACTION 6:20-cv-00538-ADA CIVIL ACTION 6:20-cv-00539-ADA CIVIL ACTION 6:20-cv-00540-ADA CIVIL ACTION 6:20-cv-00541-ADA CIVIL ACTION 6:20-cv-00542-ADA CIVIL ACTION 6:20-cv-00543-ADA CIVIL ACTION 6:20-cv-00544-ADA CIVIL ACTION 6:20-cv-00889-ADA CIVIL ACTION 6:20-cv-00891-ADA CIVIL ACTION 6:20-cv-00892-ADA CIVIL ACTION 6:20-cv-00893-ADA CIVIL ACTION 6:20-cv-00916-ADA CIVIL ACTION 6:20-cv-00917-ADA |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Huawei Device Co. Ltd. (f/k/a Huawei Device (Dongguan) Co.), Huawei Device (Shenzhen) Co., Ltd. (f/k/a Huawei Device Co. Ltd.) and Huawei Device USA (together, "Huawei"), by and through their undersigned counsel, file this Joint Notice of Settlement And Motion to Stay All Deadlines state:

All matters in controversy between WSOU and Huawei in the above captioned cases have been settled, in principle, and the parties are in the process of finalizing a written settlement agreement.

The parties expect to file dismissal papers within thirty (30) days.

In light of this settlement and impeding dismissal, WSOU and Huawei respectfully request

that the Court stay all impending deadlines until October 21, 2021.

DATED:  September 21, 2021                    Respectfully submitted,

                                                                          /s/ Mark D. Siegmund
                                                                          Mark D. Siegmund
                                                                          Texas State Bar No. 24117055
                                                                          **LAW FIRM OF WALT, FAIR PLLC**
                                                                          1508 North Valley Mills Drive
                                                                          Waco, Texas 76710
                                                                          Telephone: (254) 772-6400
                                                                          Facsimile: (254) 772-6432
                                                                          mark@waltfairpllc.com

                                                                          James L. Etheridge
                                                                          Texas State Bar No. 24059147
                                                                          Ryan S. Loveless
                                                                          Texas State Bar No. 24036997
                                                                          Travis L. Richins
                                                                          Texas State Bar No. 24061296
                                                                          Brett A. Mangrum
                                                                          Texas State Bar No. 24065671
                                                                          Jeffrey Huang
                                                                          **ETHERIDGE LAW GROUP, PLLC**
                                                                          2600 E. Southlake Blvd., Suite 120 / 324
                                                                          Southlake, Texas 76092
                                                                          Telephone: (817) 470-7249
                                                                          Facsimile: (817) 887-5950
                                                                          Jim@EtheridgeLaw.com
                                                                          Ryan@EtheridgeLaw.com
                                                                          Travis@EtheridgeLaw.com
                                                                          Brett@EtheridgeLaw.com
                                                                          JHuang@EtheridgeLaw.com

                                                                          *Counsel for Plaintiff WSOU Investments, LLC*

DATED: September 21, 2021    Respectfully submitted,

*/s/ Jason W. Cook*
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
jcook@mcguirewoods.com
shassett@mcguirewoods.com

Tyler T. VanHoutan
Texas Bar No. 24033290
**MCGUIREWOODS LLP**
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
tvanhoutan@mcguirewoods.com

J. Mark Mann
Texas Bar No. 12926150
G. Blake Thompson Texas
Bar No. 24042033
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone: (903) 657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Huawei Device Co. Ltd. (f/k/a Huawei Device (Dongguan) Co.), Huawei Device (Shenzhen) Co., Ltd. (f/k/a Huawei Device Co. Ltd.) and Huawei Device USA*

3

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of September 21, 2021, with a copy of the foregoing via the Court's CM/ECF system.

                                      */s/ Mark D. Siegmund*
                                      Mark D. Siegmund