IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** *Plaintiff*, | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION 6:20-cv-00533-ADA<br>CIVIL ACTION 6:20-cv-00534-ADA<br>CIVIL ACTION 6:20-cv-00535-ADA<br>CIVIL ACTION 6:20-cv-00536-ADA<br>CIVIL ACTION 6:20-cv-00537-ADA<br>CIVIL ACTION 6:20-cv-00538-ADA<br>CIVIL ACTION 6:20-cv-00539-ADA<br>CIVIL ACTION 6:20-cv-00540-ADA<br>CIVIL ACTION 6:20-cv-00541-ADA<br>CIVIL ACTION 6:20-cv-00542-ADA<br>CIVIL ACTION 6:20-cv-00543-ADA<br>CIVIL ACTION 6:20-cv-00544-ADA<br>CIVIL ACTION 6:20-cv-00889-ADA<br>CIVIL ACTION 6:20-cv-00891-ADA<br>CIVIL ACTION 6:20-cv-00892-ADA<br>CIVIL ACTION 6:20-cv-00893-ADA<br>CIVIL ACTION 6:20-cv-00916-ADA<br>CIVIL ACTION 6:20-cv-00917-ADA |
| v. | | |
| **HUAWEI TECHNOLOGIES CO. LTD., ET AL.,** *Defendants*. | | |

## ORDER

Before the Court is Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Huawei Device Co. Ltd. (f/k/a Huawei Device (Dongguan) Co.), Huawei Device (Shenzhen) Co., Ltd. (f/k/a Huawei Device Co. Ltd.) and Huawei Device USA.'s (together "Huawei") Joint Notice of Settlement and Motion to Stay all Deadlines.

Having fully considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**.  It is therefore **ORDERED** that all unreached case deadlines for the litigations referenced above are hereby stayed until October 21, 2021 to allow the parties to finalize and execute a formal settlement agreement, and to submit appropriate dismissal papers.

SO ORDERED.