## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** <br> *Plaintiff,* <br><br> **v.** <br><br><br> **HUAWEI TECHNOLOGIES CO. LTD., ET AL.,** <br> *Defendants.* | § CIVIL ACTION 6:20-cv-00533-ADA <br> § CIVIL ACTION 6:20-cv-00534-ADA <br> § CIVIL ACTION 6:20-cv-00535-ADA <br> § CIVIL ACTION 6:20-cv-00536-ADA <br> § CIVIL ACTION 6:20-cv-00537-ADA <br> § CIVIL ACTION 6:20-cv-00538-ADA <br> § CIVIL ACTION 6:20-cv-00539-ADA <br> § CIVIL ACTION 6:20-cv-00540-ADA <br> § CIVIL ACTION 6:20-cv-00541-ADA <br> § CIVIL ACTION 6:20-cv-00542-ADA <br> § CIVIL ACTION 6:20-cv-00543-ADA <br> § CIVIL ACTION 6:20-cv-00544-ADA <br> § CIVIL ACTION 6:20-cv-00889-ADA <br> § CIVIL ACTION 6:20-cv-00891-ADA <br> § CIVIL ACTION 6:20-cv-00892-ADA <br> § CIVIL ACTION 6:20-cv-00893-ADA <br> § CIVIL ACTION 6:20-cv-00916-ADA <br> § CIVIL ACTION 6:20-cv-00917-ADA |

## ORDER

Before the Court is Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Huawei Device Co. Ltd. (f/k/a Huawei Device (Dongguan) Co.), Huawei Device (Shenzhen) Co., Ltd. (f/k/a Huawei Device Co. Ltd.) and Huawei Device USA.'s (together "Huawei") Joint Notice of Settlement and Motion to Stay all Deadlines.

Having fully considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**. It is therefore **ORDERED** that all unreached case deadlines for the litigations referenced above are hereby stayed until October 21, 2021 to allow the parties to finalize and execute a formal settlement agreement, and to submit appropriate dismissal papers.

SO ORDERED.

Signed September 22, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE